IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BRADLEY BATTEASE,

Plaintiff,

-v-

1:25-CV-01391-ECC-ML

COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

# STIPULATION FOR REMAND

**IT IS HEREBY STIPULATED AND AGREED** by and between Vernon Norwood, Special Assistant United States Attorney, for John A. Sarcone III, First Assistant United States Attorney for the Northern District of New York and Todd Blanche, Acting Attorney General, attorneys for the defendant herein, and Eddy Pierre Pierre, Esq., attorney for Plaintiff, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ shall offer Plaintiff an opportunity for a new hearing, give further consideration of Plaintiff's residual functional capacity, take any further action necessary to complete the administrative record, and issue a new decision. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: September 16, 2026
Syracuse, New York

The undersigned hereby consent to the form and entry of the within order.

John A. Sarcone III
First Assistant United States Attorney

By: */s/ Vernon Norwood*
Vernon Norwood
Special Assistant U.S. Attorney
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-9471
vernon.norwood@ssa.gov

Pierre Pierre Law P.C.
Attorney for Plaintiff

By: */s/ Eddy Pierre Pierre*
Eddy Pierre Pierre, Esq.
15 Park Place, 2nd flr, suite 4
Bronxville, NY 10708
(646) 992-8383
fedcourt@pierrepierrelaw.com

IT IS SO ORDERED:

Elizabeth C. Coombe
U.S. District Judge

Dated: September 18, 2026
Syracuse, NY